IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**VANESSA HULLETTE**                                                                      **PLAINTIFF**

**v.**                                                               **CIVIL ACTION NO. 3:19-CV-280-RP**

**COMMISSIONER OF SOCIAL SECURITY**                              **DEFENDANT**

### ORDER GRANTING MOTION TO DISMISS APPEAL

Plaintiff Vanessa Hullette has filed a Motion to Dismiss Appeal stating that "substantial evidence sustains the ALJ's opinion and therefore this case must be regretfully dismissed." Docket 15. The Court has reviewed the Docket and finds that no party will be prejudiced by the dismissal. It is therefore **ORDERED** that this action is dismissed without prejudice.

**SO ORDERED**, this the 24th day of April, 2020.

                                                             /s/ Roy Percy
                                                             UNITED STATES MAGISTRATE JUDGE